Hanni Pichel (CA Bar #268656)
Jeff M. Sbaih (WSBA #51551) (to be admitted pro hac)
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue #1700
Seattle, Washington 98164
Phone: 206-623-4100
Fax: 206-623-9723
Email: pichel@wscd.com / Sbaih@wscd.com
*Attorneys for Plaintiff*

Richard C. Moreno
Murchison and Cumming LLP
801 South Grand Avenue 9th Floor
Los Angeles, CA 90017-4613
213-623-7400
Fax: 213-623-6336
Email: rmoreno@murchisonlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY A/S/O SYED AHMED, a Rhode Island company,<br><br>Plaintiff,<br><br>v.<br><br>SANDOVAL CONSTRUCTION AND HOME IMPROVEMENTS, a California company, RUBEN SANDOVAL, a California resident, NAVIGATORS INSURANCE COMPANY BOND # NAV00018568, a New York company, and JOHN DOES 1-10,<br><br>Defendants. | COMPLAINT AND JURY DEMAND |

Plaintiff hereby complains and alleges as follows:

**PARTIES**

1. Plaintiff Amica Mutual Insurance Company is a Rhode Island company with its principal place of business in Rhode Island and doing business in California. During all relevant times, Plaintiff insured Syed Ahmed's property located at 2231 Calle Margarita, San Dimas, CA 91773 under Policy No. 6904041480.

2. Defendant Sandoval Construction and Home Improvement is a California company doing business in California. Sandoval is registered with the State of California's Contractors License Board as Contractor #837261.

3. Defendant Ruben Sandoval is a California resident and a California licensed contractor. Upon information and belief, Defendant Sandoval is doing business as Sandoval Construction and Home Improvement.

4. Defendants Ruben Sandoval and Sandoval Construction and Home Improvement are referred to collectively in this Complaint as "Defendant Sandoval."

5. Defendant Navigators Insurance Company is a New York company doing business in California and is the registered bondholder for Defendant



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

Sandoval Construction and Home Improvement. According to the CSLB website, the bond number is NAV00018568.

6. Defendants John Does 1-10 are presently unknown individuals and companies that may be identified during the course of discovery who caused, contributed, or are otherwise legally responsible for Plaintiff's damages at issue in this case.

## JURISDICTION & VENUE

7. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

8. This Court is the proper venue for this action under 28 U.S. Code § 1391 because (1) the subject loss occurred in this judicial district and (2) the property damaged is situated in this judicial district.

## FACTUAL ALLEGATIONS

9. At all times relevant, Syed Ahmed maintained a policy of insurance with Plaintiff Amica, insuring, among other things, property damage and economic loss of the property of 2231 Calle Margarita, San Dimas, CA 91773 ("the Property").



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

10. On or around November 24, 2018, the Mr. Ahmed contracted with the Defendant Sandoval to perform construction work at the Property.

11. While engaging in construction activities at the property, Defendant Sandoval negligently damaged the Property, causing extensive damage.

12. Mr. Ahmed filed a claim under the homeowner's policy with Amica, which resulted in payments made under the policy resulting from Defendant Sandoval's negligence in excess of $100,000.

13. Plaintiff is subrogated to Mr. Ahmed for amounts paid under the insurance policy. Plaintiff seeks to recover all amounts paid under the policy through this action.

## FIRST CAUSE OF ACTION
### Negligence

14. Plaintiff incorporates all preceding paragraphs herein.

15. As a registered and licensed contractor in the State of California, Defendants owed a duty to conduct and provide contractor services in a reasonable, safe, and prudent manner.

16. Defendants performed their contractor services negligently, resulting in significant water escaping piping at the Property, which resulted in extensive water damage.



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

17. As a direct and proximate cause of Defendants' negligence, Mr. Ahmed sustained substantial harms and losses, including but not limited to severe property damage, resulting in payments made by Plaintiff exceeding $100,000.00.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For general, special, and consequential damages in an amount to be proven at trial;
2. For costs of suit, disbursements, and reasonable attorneys' fees incurred;
3. For prejudgment and post-judgment interest under California law;
4. For any other legal or equitable relief later discovered or deemed appropriate.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues in dispute.



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED: May 13, 2021.

*s/ Hanni Pichel*
Hanni Pichel (CA Bar #268656)
Jeff M. Sbaih (WSBA #51551) (to be admitted pro hac)
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue #1700
Seattle, Washington 98164
Phone: 206-623-4100
Fax: 206-623-9723
Email: pichel@wscd.com / Sbaih@wscd.com
*Attorneys for Plaintiff*

*s/ Richard C. Moreno*
Richard C. Moreno
Murchison and Cumming LLP
801 South Grand Avenue 9th Floor
Los Angeles, CA 90017-4613
213-623-7400
Fax: 213-623-6336
Email: rmoreno@murchisonlaw.com
*Attorney for Plaintiff*